AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
March 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Yvette Lujan
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

Caden Tobias KITCHENS
*Defendant(s)*

Case No. 26-MJ- **097**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 21, 2026 in the county of Presidio in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 USC 1324(a)(1)(A)(ii)& | Defendant did knowing or in reckless disregard of the fact that an alien has come to, entered or remains in the United States in violation of law, transport, or move or attempted to transport or move, an alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

■ Continued on the attached sheet.

Ryan Z. Muniz
*Complainant's signature*

Ryan Z. Muniz Border Patrol Agent
*Printed name and title*

☒ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 03/24/2026

David Fannin
*Judge's signature*

City and state: Alpine, Texas

U.S. Magistrate Judge David B. Fannin
*Printed name and title*

Affidavit

United States of America v.

Defendants:

KITCHENS, Caden Tobias

I, Ryan Muniz, Border Agent, being duly sworn, depose and state the following:

1. On March 21, 2026, at approximately 2:30 P.M., Border Patrol Agents (BPAs) assigned to the Marfa Checkpoint, located approximately four miles south of Marfa, Texas, observed a black Ford SUV enter the primary inspection lane. The BPAs identified themselves as Border Patrol Agents and requested identification documents from all occupants of the vehicle.
2. The driver, later identified as Caden KITCHENS, provided his New Mexico driver's license, and the passenger provided a U.S. birth certificate. At this time, the Agent proceeded to question the passenger regarding his citizenship. The Agent noted that the passenger appeared nervous and confused by the question. The Agent also observed that KITCHENS appeared to be turning red. At this point, the BPAs instructed the driver to park in the secondary inspection lane for further investigation.
3. In the secondary inspection area, the Agent instructed all occupants to exit the vehicle. The Agent proceeded to question the passenger about the information on the birth certificate, to which the passenger became evasive in his response. The BPAs then conducted an immigration inspection, during which the passenger admitted to being illegally present in the United States. The passenger was then placed under arrest for being illegally present in the U.S.
4. The BPAs then took KITCHENS into the checkpoint for further investigation into the possible smuggling attempt. After advising KITCHENS of his *Miranda Rights* and waiving them, KITCHENS stated he had traveled to Presidio, Texas, and had picked up the passenger at a gas station. The BPAs then requested and were granted consent to search KITCHENS' phone.
5. While searching KITCHENS' phone, BPAs found incriminating text messages on the "WhatsApp" messaging service. The BPAs discovered messages between

KITCHENS and a suspected facilitator indicating that he was supposed to pick up the passenger and deliver him to a final destination in Odessa, Texas.

Ryan Z. Muniz

Border Patrol Agent

Honorable Judge David B. Fannin

U.S. Magistrate Judge